■ In the Matter of H. BARRY SCHULTZ (Admitted as HOWARD BARRY SCHULTZ), a Disbarred Attorney. [736 NYS2d 861] —Petitioner reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Mazzarelli, J. P., Lerner, Andrias, Buckley and Friedman, JJ.

■ In the Matter of ALAN I. ZASKY, a Suspended Attorney. [736 NYS2d 861] —Petitioner reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Williams, J. P., Mazzarelli, Lerner, Rubin and Buckley, JJ.

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. KENNETH E. RUTMAN, Admitted on February 3, 1986, at a Term of the Appellate Division, First Department. [731 NYS2d 609] —Motion granted and respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J. P., Williams, Mazzarelli, Ellerin and Saxe, JJ. [*See* 257 AD2d 127.]